DUPLICATE

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

RECEIVED BUT NOT FILED
MAR - 7 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
MAR 17 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___ D.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

EMANUEL SCHMALZ, on behalf of himself and all others similarly situated,

  Plaintiff,

v.

ICN PHARMACEUTICALS, INC., MILAN PANIC, RICHARD A. MEIER, and DAVID C. WATT,

  Defendants.

Case No. ~~CV-02-701-DOC (ANx)~~  SACV02-1170 DOC(ANx)

SUPPLEMENTAL [~~PROPOSED~~] ORDER GRANTING MOTION TO CONSOLIDATE FOR ALL PURPOSES

**IT IS HEREBY ORDERED THAT:**

1.  The following cases assigned to the Honorable David O. Carter are hereby consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure:

    • *Schmalz v. ICN Pharmaceuticals, Inc., et al.*, SACV 02-0701-DOC (ANx) (filed on July 30, 2002 in the Central District of California, Southern Division);

ENTER ON CMS
MAR 18 2003

SUPP. [PROP.] GRANTING MOTION TO CONSOLIDATE
Case No. CV-02-701-DOC (ANx)

consol supp-ORD.wpd

1

- *Veidman v. ICN Pharmaceuticals, Inc., et al.*, SACV 02-0712-DOC (ANx) (filed on August 1, 2002 in the Central District of California, Southern Division);

- *Horowitz v. ICN Pharmaceuticals, Inc., et al.*, SACV 02-0781-DOC (ANx) (filed on August 16, 2002 in the Central District of California, Southern Division);

- *Racfert v. ICN Pharmaceuticals, Inc., et al.*, SACV 02-1169-DOC (ANx) (filed on August 1, 2002 in the Central District of California, Western Division; transferred by Order to the Central District of California, Southern Division on December 17, 2002);

- *Berman v. ICN Pharmaceuticals, Inc., et al.*, SACV 02-1170-DOC (ANx) (filed on August 8, 2002 in the Central District of California, Western Division; transferred by Order to the Central District of California, Southern Division on December 17, 2002);

- *Fischer v. Giordani, et al.*, SACV 02-1171-DOC (ANx) (filed on July 25, 2002 in the Eastern District of New York, Brooklyn; transferred by Stipulation and Order to the Central District of California, Western Division on August 29, 2002; transferred by Order to the Central District of California, Southern Division on December 18, 2002); and

- *Asset Value Fund, Ltd. v. ICN Pharmamceuticals, Inc., et al.*, SACV 03-0213-DOC (ANx) (filed on July 31, 2002 in the District of New Jersey; transferred by Stipulation and Order to the Central District of California, Western Division on September 13, 2002; transferred by Order to the Central District of California, Southern Division on March 3, 2003).

2. These actions shall be referred to herein as the "Consolidated Action." This order (the "Order") shall apply to the Consolidated Action and to each case that is subsequently filed in this Court or transferred to this Court that relates to the same matter as the Consolidated Action.

3. The caption of the Consolidated Action shall be "*In re ICN Pharmaceuticals, Inc. Securities Litigation.*" Any other action now pending or hereafter filed in this District as a class action on behalf of purchasers and other acquirers of the common stock of ICN Pharmaceuticals, Inc., which arises out of the same facts as alleged in the Consolidated Action, shall be consolidated for all purposes as soon as it is brought to the Court's attention.

4. Each attorney that is not a member of the Bar of this Court who is acting as counsel for a party in any of the cases shall make written application to the Court, with an accompanying proposed Order, to practice before this Court *pro hac vice* in connection with these proceedings. Such application shall be submitted in accordance with the Local Rules of this Court.

5. The terms of this Order shall not have an the effect of making any person, firm, or corporation a party to any action in which he, she, or it has not been named, served or added as such, in accordance with the Federal Rules of Civil Procedure.

6. Every pleading in this proceeding, or in any separate action included herein shall bear the following caption:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE ICN PHARMACEUTICALS, INC. ) <br> SECURITIES LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> _____ ) | No. SACV 02-0701-DOC (ANx) |

7. When a pleading is intended to be applicable to all actions to which this order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable only to some, but not all, of such actions, the Court's docket number for each individual action to which the paper is intended to be applicable and the last name of the plaintiff in said action shall appear after the words "This Document Relates To:" in the caption set out above.

---

SUPP. [PROP.] GRANTING MOTTO CONSOLIDATE
Case No. CV-02-701-DOC (ANx)

4

8. When a case that relates to the same subject matter of the Consolidated Action is hereafter filed in this Court or transferred from another court, the Clerk of this Court shall:

    a. File a copy of this Order in the separate file for such action;

    b. Mail a copy of the Order to counsel for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed case; and

    c. Make the appropriate entry in the Master Docket for the Consolidated Action.

9. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as a part of *In re ICN Pharmaceuticals, Inc. Securities Litigation*.

10. This Order shall apply to each case subsequently filed in this Court or transferred to this Court, unless a party objecting to the consolidation of such case or to any other provision of this Order files, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

11. Lead Plaintiff for the Class in this Consolidated Action shall serve upon defendants a single, consolidated, amended class action complaint (the

"Complaint"). The Complaint shall be served within sixty (60) days of the entry of an order appointing Lead Plaintiff and Lead Counsel in this Consolidated Action, or such time as may be mutually agreed upon by the parties. The Complaint shall supersede all existing complaints filed in the Action.

IT IS SO ORDERED.

DATED: March 17, 2003

_____
UNITED STATES DISTRICT JUDGE