# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| BEDFORD OAK PARTNERS, LP,<br><br>Plaintiff - Appellant,<br><br>And<br><br>EMANUEL SCHMALZ; et al.,<br><br>Plaintiffs,<br><br>V.<br><br>ICN PHARMACEUTICALS INC.; et al.,<br><br>Defendants - Appellees,<br><br>And<br><br>PRICEWATERHOUSECOOPERS LLP; et al.,<br><br>Defendants. | No. 04-56664<br>D.C. No. CV-02-00701-DOC<br>　　　　　CV-02-00712-DOC<br>　　　　　CV-02-00781-DOC<br>　　　　　CV-02-01169-DOC<br>　　　　　CV-02-01170-DOC<br>　　　　　CV-02-01171-DOC<br>　　　　　CV-03-00213-DOC<br><br>**JUDGMENT**<br><br> |
| BEDFORD OAK PARTNERS, LP,<br><br>Plaintiff - Appellant,<br><br>And<br><br>EMANUEL SCHMALZ; et al.,<br><br>Plaintiffs,<br><br>V. | No. 04-56883<br>D.C. No. CV-02-00701-DOC<br><br>**JUDGMENT**<br><br> |

ICN PHARMACEUTICALS INC.; et al.,

Defendants,

And

PRICEWATERHOUSECOOPERS LLP,

Defendant - Appellee.



Appeal from the United States District Court for the Central District of California (Santa Ana).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California (Santa Ana) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 06/16/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 1 0 2006

by
Deputy Clerk